UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.  MJ09-437 |
| v. | ) | |
| | ) | DETENTION ORDER |
| HILARIO HUERTA-TREJO, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

Offense charged:

Conspiracy to Manufacture Marijuana.

Date of Detention Hearing:  September 1, 2009.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant is charged by complaint filed in the District of Oregon.  The Court was not presented with any information about his personal history, health, education, financial resources residence, family ties or ties to this District.  According to the United States, defendant is not a legal resident of this country.

DETENTION ORDER - 1

1     It is therefore ORDERED:

2     (1)     Defendant shall be detained pending trial and committed to the custody of the

3  Attorney General for confinement in a correctional facility separate, to the extent practicable, from

4  persons awaiting or serving sentences, or being held in custody pending appeal;

5     (2)     Defendant shall be afforded reasonable opportunity for private consultation with

6  counsel;

7     (3)     On order of a court of the United States or on request of an attorney for the

8  Government, the person in charge of the correctional facility in which Defendant is confined shall

9  deliver the defendant to a United States Marshal for the purpose of an appearance in connection

10  with a court proceeding; and

11     (4)     The clerk shall direct copies of this order to counsel for the United States, to

12  counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services

13  Officer.

14     DATED this 1st  day of September, 2009.

15

16  _____
     BRIAN A. TSUCHIDA
17     United States Magistrate Judge

18

19

20

21

22

23

DETENTION ORDER - 2